

**FILED** BG
6/14/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

MAY - 2 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KELVIN LEE
(# 2017-0730074)

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/O TEDESCO
C/O REYES
In their Individual
official capacity as
correctional officer

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.   Name: KELVIN LEE

    B.   List all aliases: N/A

    C.   Prisoner identification number: 2017-0730074

    D.   Place of present confinement: Cook Canty Department of Corrections

    E.   Address: P.O. Box 089002 CHICAGO, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: C/O Tedesco

        Title: Correctional officer

        Place of Employment: Cook County Department of Corrections

    B.   Defendant: C/O Peyes

        Title: Correctional officer

        Place of Employment: Cook County Department of Corrections

    C.   Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 18 C 5690

B. Approximate date of filing lawsuit: 8-21-2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~Charvicca cos~~ Kelvin Lee ~~co college~~

D. List all defendants: c/o Tedesco c/o Reyes

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): The united States district court Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Sharon Johnson Coleman

G. Basic claim made: failure to protect, Abuse of Authority

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: 4-9-2019

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## III. ADDITIONAL LAWSUIT

A. 19-cv-02286, Name of case and docket number

B. Approximate date of filing lawsuit: ~~[crossed out]~~
   3/25/2019

C. List all Plaintiffs: Kelvin Lee

D. List all defendants: c/o Buffham
   c/o Thomas sheriff Thomas J. Dart

E. Court in which the lawsuit was filed:
   The United States District Court Northern District of Illinois

F. Name of Judge whom case was assigned: Judge
   Sharon Johnson Coleman

G. Basic claim made: Cruel and Unusual Punishment
   Violation of my Constitutional Rights.

H. Disposition of this case: Still Pending

I. Approximate date of disposition: 4-4-2019

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I was previously housed in Div 9-2D cell # 2184 As A pretrial detainee, there was a disagreement between my celly Cleothe Savage And me, he was upset I was snoring in my sleep, he was threatning to do bodily harm to me for reasons unknown, this happened around 5:30 a.m on 12-12-2017, As I retrieved the breakfast from the chuckhole and started to walk back to my bunk I/m Savage kicked me from the top of his bunk striking me on my left shoulder causing me to drop my breakfast and fall into the concrete cell wall, I sustained physical injuries to my left elbow and arm which left a large laceration and a badly sprained ankel both injurres resulting in a perminent scar, To the best of my Knowledge c/o's Tedesco and Reyes were on duty on Div 9-2D 7-3 shift, I tried several times to get the officers attention to alarm them

Revised 9/2007

About I/m Savage Physically assaulting me but
c/o's Tedesco and Reyes did not properly monitor
the cell block area so I remained injured and in
pain until it was our time to come out into the
day room from our cells. Shortly there After
while I came out of my cell to get my medication
I reported the incident to c/o Tedesco ~~because~~ And
told him I needed medical attention A.S.A.P.
but c/o Tedesco failed to fulfil his responsability
to insure that I recieved the proper medical
care After I/m Savage physically assaulted me
which can be seen on the cameras on Div 9-2D
vestable which was a deliberate indifference to
my medical needs, Furthurmore, I requested
to be moved to a diffrant cell by c/o Tedesco
but he did not take the reasonable available
measure to abate the risk of another assault
and refused ~~to~~ to Investigate the problem or
make the neccessary transfer, I then proceeded
to file 2 grievances reguarding the assault
from I/m Savage and a request form to be moved
to a diffrent cell.

5                                    Revised 9/2007

SHORTLY THERE AFTER TO THE BEST OF MY
KNOWLEDGE C/O Reyes came on the deck
to lock me and several other detainees
up for the end of the 7-3 shift, I
then reported the physical Assault that
I sustined from I/m Savage to c/o Reyes
And I requested to be moved, c/o Reyes
should have known about the Assault
because of the fact that I reported to
the incident to c/o Tedesco and they
both were working the tier 2-D And 2-C
in Div 9.

c/o Reyes denied my request to be moved
to a diffrent cell and deliberately failed
to fulfill his responsibility to ensure that
I recieved proper protection and medical
treatment by forcing me back into the
cell with I/m Savage, which was a
deliberate indiffrence to my safety.

Subsequently while being in the cell with
I/m Savage, I/m Savage became upset
that I reported the incident to c/o's
Reyes and Tedesco Due to the fact that
I/m Savage over heard me reporting the
Incident to c/o Reyes, he punched me
in the face several times and called
me a snitch, because I informed c/o
Reyes AGAIN through the chuckhole when
he locked the door behind me.

5-A

In The Meanwhile on or around 12-12-2017
through out the week during the 3-11 shift
I was able to switch cells from 2184
to 2182 with I/m Mejia which we
both agreed upon because I was in fear
of my life and safety from I/m Savage.
I/m Mejia And I did the switch with out
c/o's knowledge because I was denied
the switch several times by all c/o's

Nevertheless from 12-12-17 through 12-20-17
I was forced back into the cell with I/m
Savage by several other unknown c/o's and
sargents despite the fact that I/m Savage
assaulting me, All c/o's And sargents told
me I had to be in cell compliance on diffrent
occasions. c/o Reyes c/o Tedesco And
unknown c/o's And unknown Sargents were
responsible for the safe keeping And supervision
of the prisoners and detainees including myself.
All c/o's And sargents acted under color of
state law. Please see video footage of
these dates

5-B

However on 12-19-17 or 12-20-17 c/o
Reyes to the best of my knowledge was
told by the Lt. or Sgt that I could
move perminately to cell #2182 from
cell #2184, As I was getting my
belongings out of cell #2184 to transfer
to cell #2182 I/m Savage followed me
verbally threating me to do bodily harm in
the presence of c/o Reyes.

I/m Savage punched me in the face in
front of c/o Reyes I tried defending
myself by c/o Reyes and. Tedesco
deliberately failed to Intervene when they
had the opprotunity and authority to do so
which is a violation of my 14th Amendment
Rights, Please view video footage of
these dates

The facts of these allagations will
reflect upon video request, medical request Record,
Subpeona and Interrogatory.

5-C

**V. Relief:**

WHEREFORE Plaintiff Kelvin Lee hereby demand the Judgment against both defendants each of them Jointly and severally liable for Tort, Punitive, and Compensator Damages Including pain and suffering, Emotional Distress, and Anguish Damages The Malic reckless willfulness Deliberate Indifference wrongful acts of their misconduct of the (Abuse of their Authority) that leaded to an (Breach of Safety and Security) of (failure to protect) Intentionally Plaintiff respectfully request this Honorable Court to enter Judgment in his favor in awarding in the Amount of (ONE MILLION DOLLARS) $ 1,000,000 dollars, And any other relief this Court deem Just and appropriate for the Plaintiff.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __25__ day of __4__, 20 __19__

_____

(Signature of plaintiff or plaintiffs)

_KELVIN LEE_
(Print name)

_20170730074_
(I.D. Number)
_P.O. Box 089002_

_CHICAGO, ILLINOIS 60608_

_____

(Address)

(6)

IN THE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

Kelvin Lee 2017-0730074
**Plaintiff/Petitioner**                )
                                         )
                                         )
                   Vs.                   )
                                         )          No. 18 C 5690
c/o Tedesco c/o Reyes                    )
**Defendant/Respondent**                 )
                                         )

## PROOF/CERTIFICATE OF SERVICE

TO: OFFICE OF CLERK OF THE          TO: _____
UNITED STATES DISTRICT                  _____
COURT HOUSE 219 SOUTH                   _____
DEARBORN St. Chicago, IL 60604          _____
                                        _____

PLEASE TAKE NOTICE that on April 25 , 20 19 . I placed the
attached or enclosed documents in the institutional mail at Cook County Dept.
Correctional Center, properly addressed to the parties listed above for mailing through
the United States Postal Service.

DATED: 4-25-19

                              /s/ _Kelvin Lee_
                              NAME: Kelvin Lee
                              D.O.C.#: 20170730074
                              Cook County Correctional Center
                              P.O. Box: 089002
                              Chicago , IL 60608

Subscribed and sworn to before me this 25 day of April , 20 19 .

_C. Vanco_
Notary Public

**"OFFICIAL SEAL"**
C VANCO
Notary Public, State of Illinois
My Commission Expires 12/19/2020



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Lee

**PRINT - FIRST NAME** *(Primer Nombre):* Kelvin

**INMATE BOOKING NUMBER** *(# de identificación del Preso)* 2019073000 94

**DIVISION** *(División):* 9-2 D

**LIVING UNIT** *(Unidad):* 2184

**DATE** *(Fecha):* 12-12-19

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue must not be one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendar a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibirá no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

*Exhibit A*

| **REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)* | **REQUIRED - TIME OF INCIDENT** *(Horad del Incidente)* | **REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)* | **REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12-12-19 | 5:30 a.m. | Cell - 2184 | Ofc'l Savage |

This morning I was assaulted by my celly because he was upset that I was snoring & he told me that he did not want me to touch his breakfast when the C.o. passed it out so I didn't we began to argue and as I was going to sit on my bunk he kicked me in my shoulder and I him my arm against the wall and I have a large bruise and my elbow and fingers are numb.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* Todesco

**INMATE SIGNATURE:** *(Firma del Preso):*

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** | **SIGNATURE:** | **DATE CRW/PLATOON COUNSELOR RECIEVED:** 12/13/14

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:**

(FCN-40a)(AUG 16) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Lee | Kelvin | 2019 0120094 |
| **DIVISION** *(División):* 9-2D | **LIVING UNIT** *(Unidad):* 2189 | **DATE** *(Fecha):* 12-12-19 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja que usted haga tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

*Exhibit B*

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12-12-19 | 5:30 a.m. | cell 2189 | Cleotha Strong |

This morning my celly Assulted me I would like him to be
moved out of my cell. thank You.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)* Kelvin Lee |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): K. Davis | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 12|12|19 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40a)(AUG 16)　　　　(WHITE COPY – INMATE SERVICES)　　　　(YELLOW COPY – CRW/PLATOON COUNSELOR)　　　　(PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| LEE | KELVIN | 20190430074 |
| **DIVISION** *(División):* 9-1-D | **LIVING UNIT** *(Unidad):* 1185 | **DATE** *(Fecha):* 11-7-18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes matters, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que se acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**✳ EMERGENCY ✳**

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12-12-19 12-18-19-2017 | 1ST SHIFT 7-3 | Cell - 2184 AND Div 9-2D DAY ROOM | I/M CLEOTHA SAVAGE C/O'S Reyes c/o TEDESCO |

I WAS ASSAULTED BY MY CELLY ON 12-12-19 in the cell be kicked me from the top bunk as I retrieved the breakfast from the chuckhole. As A result of the kick I suffered a sprained ankle and a laceration on my left elbow that left a permanent scar and difficultly standing for long periods of time from the ankle injury. However I did report the incident to Tedesco and Reyes I requested to be moved only to be forced back into the cell with I/M Savage where another ASSAULT TOOK PLACE. AND we remained celly's for a little over a week on 12-18 or 19th 2017. As I was transferring to cell # 2182 I/M SAVAGE followed me and punched me in the face in front of c/o Reyes - c/o Reyes AND Tedesco failed to intervine or call for help

| NAME OF STAFF or INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)* |
|---|---|
| c/o's Reyes c/o Tedesco Video footage | Kelvin Lee |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| A Bulewanski | A. Bulewalk | 12/7/18 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40a)(AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

No. 1808851

## INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| L.F.F. | KELVIN | 2017 0730074 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: |
|---|---|---|
| 9 | 10 (1185) | 11/7/18 |

| INMATE # (SHORT #) *(# del Preso (# corto)*: | GRIEVANCE CODE *(Código de Queja)* | DETERMINED BY C.R.W. *(determinado por el T.R.C/C.R.W.)*: |
|---|---|---|
| 0588385 | 410 | CRWLEWANSKI |

## REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

☒ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.

☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.

☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

☐ Offensive or harassing language was used

☐ The grievance form contains more than one issue.

☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

☐ Other reason not listed

## RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.

☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.

☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.

☐ La solitud de la queja contiene más de un asunto.

☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

☐ Otra razón

- SEE GRIEVANCE POLICY STATED ABOVE.

- THE GRIEVED ISSUE DID NOT OCCUR WITHIN THE LAST 15 CALENDAR DAYS.

- HOWEVER YOUR CONCERN WILL BE FORWARDED TO COMMAND STAFF.

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| CRWLEWANSKI | A. Lewinski | 12/7/18 |

## INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| | 12-10-18 |

(FCN-40c) (AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



April 5, 2019


Mr. Kelvin Lee, #20170730074
Cook County Department of Corrections
P.O. Box 089002
Div. 9-1D-1185
Chicago, IL 60608

Re:     Request for Legal Assistance

Dear Mr. Lee:

     The work of the Chicago Lawyers' Committee is largely restricted to litigation addressing civil rights violations in housing discrimination, voting rights and school expulsions/suspensions in the Chicagoland area. It follows that your case is not one in which we would normally become involved.

     I hope that our determination does not deter you from seeking assistance elsewhere. Good luck in your efforts to resolve your problem.

Sincerely,

Elesha Jackson
Director of Administration



**The Family Defense Center**

March 21, 2019

Kelvin Lee
20170730074
DIV9-ID-1185
PO Box 089002
Chicago, IL 60608

RE:     Your Recent Request for Legal Assistance

Dear Mr. Lee:

Thank you for contacting the Family Defense Center. We appreciate your interest in our services. I am writing to inform you that we are closing your file in our office because we are unable to give any consideration to filing or assisting with an affirmative lawsuit in your case due to our limited resources.

Please note that if you choose to pursue any affirmative lawsuit, there is a **strict two-year statute of limitations**, which starts from the first date you had reason to know about the injury or harm you are claiming.

If you would still like legal assistance with this matter, I can make the following referrals which will have their own rates for fees:

√   Loevy & Loevy                          The Deratany Firm
    311 North Aberdeen Street               221 N LaSalle St #2200
    3rd Floor                               Chicago, IL 60601
    Chicago, IL 60607                       (312) 857-7285
    (312) 243-5900

We wish you and your family the best of luck. At this time, we are unable to provide you with any additional assistance and have closed your file in our office.

Sincerely,

Bryan Liberona
Intake Attorney

——— Law Offices ———
# KENNETH N. FLAXMAN P.C.

March 29, 2019

Kevin Lee
2017-0730074
P.O. Box 089002
Chicago, IL 60608-9002

*Re: Your Recent Letter*

Dear Mr. Lee:

Thank you for your letter. Unfortunately, my firm is too busy to represent you. This is not because your claims lack merit, but rather because we are completely overloaded with other work.

If you ask a court to recruit a lawyer for you, you may submit this letter to the court to demonstrate that you have tried to get a lawyer yourself.

Good luck to you.

Sincerely,

Joel Flaxman



## UPLC
UPTOWN PEOPLE'S LAW CENTER

4413 North Sheridan | Chicago, Illinois 60640
Phone: 773.769.1411 | Fax: 773.769.2224
www.uplcchicago.org

February 4, 2019

## PRIVILEGED LEGAL COMMUNICATION

Kelvin Lee
20170730074
Cook County Jail
P. O. Box 089002
Chicago, Illinois 60608

Re: <u>Request for Assistance</u>

Dear Mr. Lee

We received your letter asking for help with your civil rights case, criminal case or other matter relating to your situation in prison. Unfortunately, we are not in a position to assist you. We are a very small legal clinic. While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people. For your information, we do not practice criminal law--including appeals, habeas, post convictions, etc.

Please be assured that our inability to help you does not mean that you do not have a good claim. We are forced to turn down many claims which are both morally compelling and have a sound legal basis. We simply do not have the resources to help everyone who needs help.

If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies. A guide for Illinois prisoners is enclosed. We are returning any documents you sent us. ***We have not kept copies.*** We wish you the best of luck.

UPLC receives hundreds of letters a month, most of which describe horrific conditions or other violations of people's rights in Illinois prisons. While UPLC wishes we had the resources to take on every meritorious case, we do not. We are a small organization, with only two attorneys. We are therefore severely limited in our ability to obtain relief for individual matters.

However, we do not believe that the corts are the only answer. Letting the public and our elected representatives know what's going on behind the prison walls can start the process of change, and local media has recently become much more interested in covering these stories. The information you give us is

confidential, and covered by attorney client privilege. We can not divulge that information to anyone without your permission. Therefore, if you want UPLC to share your experience, please send us a letter saying this is okay. No special form is needed: just a regular letter is all we need. If you want to keep your business private, that is of course fine too. Just let us know.

The spread of knowledge is one of the greatest tools in effectuating change. Thank you for your help in our continued fight against the horrific treatment you and countless others are suffering.

I, _____, Give Uptown People's Law center
authorization to share my information.


Date: _____


Take care and keep strong.

Sincerely,

*Uptown People's Law Center*

Case: 1:18-cv-05690 Document #: 13 Filed: 04/09/19 Page 1 of 1 PageID #:73

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Kelvin Lee (#2017-0730074),     )
       )
       Plaintiff,     )
       )     Case No. 18 C 5690
     v.     )
       )     Judge Sharon Johnson Coleman
       )
C/O Tedesco & C/O Reyes,     )
       )
       Defendants.     )

## ORDER

On November 26, 2018, the Court ordered Plaintiff to submit an amended complaint and corresponding completed USM-285 service forms by January 10, 2019. [8] At Plaintiff's request [9], the Court extended that deadline to March 4, 2019. Plaintiff now seeks an additional extension of time to comply. [12] Plaintiff's motion [12] is granted; Plaintiff shall comply with the Court's order of November 26, 2018, by May 9, 2019. If he fails to comply by that date, this case will be summarily dismissed. Ruling on Plaintiff's renewed motion for attorney representation [11] is deferred for consideration along with any amended complaint. The Court notes, however, that little has changed since the Court resolved Plaintiff's prior motion for attorney representation. [8] Plaintiff's filings remain organized and detailed, and Plaintiff still appears capable of drafting and submitting an amended complaint.

Date: 4/9/2019                    /s/Sharon Johnson Coleman
                                       Sharon Johnson Coleman
                                       U.S. District Court Judge



KELVIN LEE
20170730074
Div 9-3E-3202
P.O. Box 089002
CHICAGO, IL 60608



05/02/2019-18

OFFICE OF CLERK OF
U.S. DISTRICT COURT Northern
District OF ILLINOIS
219 SOUTH DEARBORN Street
CHICAGO, ILLINOIS 60604

LEGAL-MAIL

LEGAL-MAIL

You MUST return the empty inhaler
before you receive a new inhaler
request when needed

8659231

CERMAK HEALTH SERVICES PHARMACY
** EXTRA DOSE                              2017073067
                          0c65803852
LEE, KELVIN D
START:02/01/2019 STOP:05/23/2019
09110 I185-1
triamcinolone nasal 55 mcg/inh 8 QTY: 1 x 1 5
55 MCG = 1 SPRAY    Nostril, BothXDaily